JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRINIDAD REYNOSO, ) | Case No. CV 08-3554-VAP (MLG) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| L.E. SCRIBNER, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: November 17, 2008

_____
Virginia A. Phillips
United States District Judge